UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAKIEM BARROW,

        Plaintiff,

– against –

CYNTHIA BRANN, NYC DOC Comm.; PATSY YANG, Health Dir. Commissioner; MARGARET EGAN, Board of Corr. Exec. Director,

        Defendants.

**ORDER**

20 Civ. 9417 (ER)

Ramos, D.J.

        On February 3, 2021, Plaintiff filed his second amended complaint in the instant suit. Doc. 9. On May 20, 2021, Defendants filed a motion to dismiss. Doc. 21. The Court denies Defendants' motion without prejudice. All motions must be filed in accordance with the Court's Individual Practices, which require that the movant request a pre-motion conference prior to filing a motion to dismiss. *See* Individual Rule 2(A)(ii). The Clerk of Court is respectfully directed to terminate the motion. Doc. 21.

Dated:    May 24, 2021
            New York, New York

                                                        Edgardo Ramos, U.S.D.J.