UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAKIEM BARROW,

    Plaintiff,

– against –

CYNTHIA BRANN, NYC DOC Comm.; PATSY YANG, Health Dir. Commissioner; MARGARET EGAN, Board of Corr. Exec. Director,

    Defendants.

**ORDER**

20 Civ. 9417 (ER)

Ramos, D.J.

  On February 3, 2021, Plaintiff filed his second amended complaint in the instant suit. Doc. 9. On May 20, 2021, Defendants filed a motion to dismiss. Doc. 21. On May 24, 2021, the Court denied Defendants' motion without prejudice, instructing Defendants to request a pre-motion conference prior to filing their motion. Doc. 24. However, because Plaintiff is an incarcerated *pro se* litigant, Defendants are not required to request a pre-motion conference prior to filing a motion to dismiss. *See* Individual Rule 2(A)(ii). Accordingly, Defendants' motion to dismiss is reinstated, Doc. 21. Plaintiff is directed to file his opposition by June 15, 2021, and Defendants are directed to file their reply by June 22, 2021. The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated: May 24, 2021
    New York, New York

                     Edgardo Ramos, U.S.D.J.