UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAKIEM BARROW,

                     Plaintiff,

               – *against* –

CYNTHIA BRANN, PATSY YANG, and
MARGARET EGAN,

                   Defendants.

**ORDER**

20 Civ. 9417 (ER)

RAMOS, D.J.:

Defendants filed a motion to dismiss on May 20, 2021.  Doc. 21.  The Court directed Plaintiff Barrow to respond by June 15, 2021.  Doc. 25.  As of this date, no response has been filed.  Barrow is therefore directed to submit a response by January 15, 2022.  Failure to do so will result in the Court deeming the motion unopposed.  The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated:   December 15, 2021
        New York, New York

_____
        Edgardo Ramos, U.S.D.J.